FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 AUG -9 AM 10: 11

CLERK B. McCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 105-082 |
| | ) | |
| YOLANDA MONIQUE WALKER | ) | |
| (Also known as Yolanda Moniqueka | ) | |
| Walker and Monique Walker-Hill) | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed.  Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court.  Therefore, the Court **ACCEPTS** the guilty plea of Defendant Yolanda Monique

Walker for the offense of Filing a Fraudulent Tax Return, in violation of 26 U.S. C. § 7207.

SO ORDERED this 9th day of August, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA

vs.

YOLANDA MONIQUE WALKER

\*
\*
\*
\*
\*

CASE NO.  CR105-82

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 8/9/05 , which is part of the official records of this case.

Date of Mailing: 8/9/05

Date of Certificate: 8/9/05

SCOTT L. POFF, CLERK

By : _L. Jellison_

NAME:
1. Yolanda Monique Walker, Jerome J. Froelich, Jr.
2. 
3. 
4. 
5. 
6. 
7. 

| Cert/Copy | | | Cert/Copy | | |
|---|---|---|---|---|---|
| ☐ | ☒ | District Judge | ☐ | ☐ | Dept. of Justice |
| ☐ | ☒ | Magistrate Judge | ☐ | ☐ | Dept. of Public Safety |
| ☐ | ☐ | Minutes | ☐ | ☐ | Voter Registrar |
| ☐ | ☐ | U.S. Probation | ☐ | ☐ | U.S. Court of Appeals |
| ☐ | ☐ | U.S. Marshal | ☐ | ☐ | Nicole/Debbie |
| ☐ | ☒ | U.S. Attorney | ☐ | ☐ | Ray Stalvey |
| ☐ | ☐ | JAG Office | ☐ | ☐ | Cindy Reynolds |